IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MEGAN R. HACKNEY-DEMIRCI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 7155248 MANITOBA LTD., d/b/a SRR TRANSPORT, ) <br> ) <br> Defendant. ) | Case No. |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant 7155248 Manitoba Ltd., d/b/a SRR Transport ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states to the Court the following:

## REMOVED CASE

1. Prior to removal to this Court, this case was pending in the Judicial District Court of McPherson County, Kansas, case no. 2021-CV-000066 ("the State Court Proceeding"). Accordingly, this case is properly removed to the United States District Court for the District of Kansas.

## TIMELINESS OF REMOVAL

2. This lawsuit was filed on November 24, 2021. (Exhibit A, Circuit Court File, Petition.)

3. Plaintiff served Defendant with Plaintiff's Petition by serving counsel for Defendant via email, as Defendant's counsel accepted service on behalf of Defendant on December 14, 2021. (Exhibit B, Declaration of Lora Jennings Mizell, at ¶¶ 3-4).

4. Accordingly, this Notice of Removal is timely because the thirty-day limitation imposed on Defendant by 28 U.S.C. § 1446(b) for filing this Notice of Removal has not yet expired.

## BASIS FOR FEDERAL JURISDICTION

5. This Court has original diversity jurisdiction and removal is proper pursuant to 28 U.S.C. § 1441(a) because this is a civil action between a citizen of a State and citizens of a foreign state within the meaning of 28 U.S.C. § 1332(a)(2).

6. Plaintiff Megan R. Hackney-Demirci is alleged to be a resident of Sedgwick County, Kansas. *See* Ex. A, Petition, ¶ 1.

7. Defendant is a Canadian corporation with its principal place of business located in Manitoba, Canada. *See* Ex. A, Petition, ¶ 2.

8. "A corporation of a foreign State is, for purposes of jurisdiction in the courts of the United States, to be deemed, constructively, a citizen or subject of such State." *JPMorgan Chase Bank v. Traffic Stream (BVI) Infrastructure Ltd.*, 536 U.S. 88, 91 (U.S. 2002) (citation omitted) (internal quotation marks omitted); *see also* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business"). Therefore, Defendant is a citizen of Manitoba, Canada, a foreign state, for purposes of diversity jurisdiction.

9. The amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, because Plaintiff seeks judgment against Defendant "for an amount in excess of Seventy Five Thousand ($75,000.00)." *See* Ex. A, Petition, p. 3.

10. In light of the above, complete diversity exists between Plaintiff and Defendant and all of the jurisdictional requirements of 28 U.S.C. § 1332(a)(2) are met.

## COMPLIANCE WITH 28 U.S.C. § 1446(a)

11.     In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.2, a copy of all documents required to be filed are attached as Exhibit A, including: (i) all process, (ii) all pleadings on file, (iii) all orders signed by the state judge, (iv) the docket sheet, and (v) any other records and proceedings had in the State Court Proceeding.

## NOTICE TO STATE COURT

12.     Pursuant to 28 U.S.C. § 1446(d) and Local Rule 81.1(c), written notice of the filing of Notice of Removal will be given to the District Court of McPherson County, Kansas, and to all counsel of record promptly after the filing of this Notice of Removal.

13.     By filing this Notice of Removal, Defendant does not waive its right to any objections, exceptions or defenses, and specifically reserves its right to assert any and all defenses or objections to which it may be entitled.

## PRAYER

WHEREFORE, Defendant 7155248 Manitoba Ltd., d/b/a SRR Transport hereby effectuates a removal of this cause to this Honorable Court and prays that such removal be entered on the docket of this Court, and that this Court grant Defendant such other and further relief as the Court deems proper.

                                                     MARTIN, PRINGLE, OLIVER,
                                                       WALLACE & BAUER, L.LP.

s/ Lora Jennings Mizell
Lora Jennings Mizell  KS #22044
Samuel P. Heaney      KS #26399
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, KS 66210
Phone: 913-491-5500
Fax:    913-491-3341
ljmizell@martinpringle.com
spheaney@martinpringle.com
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2022, I electronically filed the foregoing pleading via the CM/ECF system, with a copy being served via email to:

Christopher J. Omlid
Richard W. James
DEVAUGHN JAMES
3241 N. Toben
Wichita, KS 67226
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

                                                                   s/ Lora Jennings Mizell
                                                                    Lora Jennings Mizell