# McPherson County District Court Search - Case Display

**EXHIBIT A**

## Case Number: 66

| | |
|---|---|
| Case Year: 2021 | **Case UID**: 2021-CV-000066 |
| Case Type: CV | Filed: 2021-11-24 |
| Case Sub-type: Automobile Tort | Last Updated: 2021-11-24 at 13:41:05 |
| Advisement Date: | Remand Date: |
| Appealed: N | Appealed Date: |
| Status Code: 1 | Status Date: |
| Status Description: Pending | |

## Defendants

**Party**

Defendant Number: 1

| Last Name (or Business Name): 7155248 Manitoba Ltd. | | |
|---|---|---|
| First Name: | Middle: | **Suffix**: |

**Description**

| | |
|---|---|
| Sex: | Race: |
| Height: | Weight: |

**Alias**

| Last Name: | First: | Middle: | **Suffix**: |
|---|---|---|---|

## Plaintiff

## Party

| Plaintiff Number: 1 | Amount Claimed: 0.00 |
|---|---|

| Last Name (or Business Name): Hackney-Demirci | | |
|---|---|---|
| First Name: Megan | Middle: R. | **Suffix**: |

## Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff Attorney 1

| Last Name: Omlid | First: Christopher | Middle: J |
|---|---|---|
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: | | |

## Plaintiff Attorney 2

| Last Name: James | First: Richard | Middle: W |
|---|---|---|
| Primary Attorney: N | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: | | |

## Case Judge

| Last Name: Klenda | First: John | Middle: B | **Suffix**: |
|---|---|---|---|

## Registry of Actions

### Action 1

| Action Date: 2021-11-24 | Action Type: PLEPET |
|---|---|
| Action Agent: John B Klenda | |

| | |
|---|---|
| Description: Petition PLE: Petition | |

## Action 2

| | |
|---|---|
| Action Date: 2021-11-29 | Action Type: PLESUM |
| Action Agent: John B Klenda | |
| Description: Summons PLE: Summons | |

## Action 3

| | |
|---|---|
| Action Date: 2022-01-03 | Action Type: ORDCEXT |
| Action Agent: John B Klenda | |
| Description: Clerk's Extension of Time ORD: Clerk's Extension | |

© 2022 **Office of Judicial Administration (http://www.kscourts.org)**

ELECTRONICALLY FILED
2021 Nov 24 PM 12:16
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000066



3241 N. Toben
Wichita, KS  67226
316-888-8888 [t]
316-425-0414 [f]

IN THE NINTH JUDICIAL DISTRICT
DISTRICT COURT, MCPHERSON COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| MEGAN R. HACKNEY-DEMIRCI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| 7155248 MANITOBA LTD., D/B/A/ SRR TRANSPORT, | ) |
| Defendant. | ) |

PURSUANT TO CHAPTER 60 OF K.S.A.

**PETITION**

Plaintiff, Megan R. Hackney-Demirci, by and through the attorneys of record, Christopher J. Omlid and Richard W. James of DeVaughn James Injury Lawyers asserts the following in support of the Petition against Defendant, 7155248 Manitoba Ltd., d/b/a SRR Transport:

1. Plaintiff, Megan R. Hackney-Demirci, is a resident of Sedgwick County, Kansas.

2. Defendant, 7155248 Manitoba Ltd., d/b/a SRR Transport, is a Canadian for-profit corporation with its principal place of business in Manitoba, Canada.  It is also incorporated in Manitoba, Canada. Defendant may be served through its American blanket company #1 A+ Agents of Process Inc. who designated Carol D. Hamblin

1

       as it representative to accept service in Kansas. Carol D. Hamblin can be served at 1953 Jackson St. Lewis, KS 67552 through certified mail.

3. This is a personal injury action arising out of a collision between a vehicle occupied by Plaintiff and tarp that fell off of a tractor trailer being operated by Charanjit Sing and owned, dispatched, supervised, controlled and monitored by Defendant, SRR Transport.

4. Defendant and Charanjit Sing were operating as a motor carrier as defined by the Federal Motor Safety Regulations (FMCSR).

5. All times material hereto Defendant and Charanjit Sing were operating under authority through the Department of Transportation (DOT) under their respective DOT licenses.

6. At all times relevant herein, Charanjit Sing was and employee of 7155248 Manitoba Ltd., d/b/a SRR Transport, and Defendant, 7155248 Manitoba Ltd., d/b/a SRR Transport has a liability responsibility in the accident with the Plaintiff under the doctrine of *respondeat superior*.

7. On or about February 16, 2021, Charanjit Sing was operating a tractor trailer owned by Defendant, when a tarp came off of the tractor trailer and caused a collision with Plaintiff's vehicle.

8. Defendant should have instructed Charanjit Sing regarding all applicable regulations contained in the FMCSR and ensured compliance with the same.

9. This incident and all of the resulting personal injuries and other damages were a result of negligent actions or omission of Defendant individually and by the

omission and fault of the Defendant's employee and or agent which includes, but is not limited to:

    a.    Failure to securely fasten a load as to prevent the load from becoming loose, detached, or in any manner a hazard to other users of the highway;

    b.    Negligent training;

    c.    Failing to have adequate safety management protocols in place;

    d.    Allowing their employee to operate a commercial motor vehicle when he did not have sufficient basic knowledge of safe operating regulations, including securing loads on vehicles;

    e.    Failure to keep a proper lookout;

    f.    Failure to use ordinary care; and

    g.    Failure to give warning;

10. As a result of the Defendant's negligence, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

WHEREFORE, Plaintiff requests judgment against Defendant for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers


By: /s/ Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*


## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.


By: /s/ Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

4

ELECTRONICALLY FILED
2021 Nov 29 AM 11:19
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000066

Megan R. Hackney-Demirci

vs.

7155248 Manitoba Ltd.

**SUMMONS**

To the above-named Defendant/Respondent:

**7155248 Manitoba Ltd.**
**c/o #1 A+ Agents of Process Inc., Carol D. Hamblin, 1953 Jackson St.**
**Lewis, KS  67522**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Christopher Jon Omlid
3241 N Toben
Wichita, KS 67226

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed  on 11/29/2021 11:29:13 AM

**Documents to be served with the Summons:**
Petition

ELECTRONICALLY FILED
2022 Jan 03 PM 4:08
CLERK OF THE MCPHERSON COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000066



**Court:** McPherson County District Court

**Case Number:** 2021-CV-000066

**Case Title:** Megan R. Hackney-Demirci vs. 7155248 Manitoba Ltd.

**Type:** Clerk's Extension of Time

SO ORDERED.

/s/ Teri Kubin, Deputy Clerk

Electronically signed on 2022-01-03 16:08:07    page 1 of 3

**IN THE NINTH JUDICIAL DISTRICT**
**DISTRICT COURT OF MCPHERSON COUNTY, KANSAS**
**CIVIL DEPARTMENT**

| | |
|---|---|
| MEGAN R. HACKNEY-DEMIRCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2021-CV-000066 |
| ) | |
| 7155248 MANITOBA LTD., d/b/a SRR TRANSPORT, ) | |
| ) | |
| Defendant. ) | |

**CLERK'S EXTENSION OF TIME**

On application of Lora Jennings Mizell and Samuel P. Heaney of Martin, Pringle, Oliver, Wallace & Bauer, LLP, attorneys for Defendant 7155248 Manitoba Ltd. d/b/a SRR Transport, said Defendant is granted an additional 14 days from January 4, 2022, to and including January 18, 2022, to plead.


Chief Clerk of the District Court


By_____
                                            Deputy

1

Submitted by:

**MARTIN, PRINGLE, OLIVER,
   WALLACE & BAUER, L.LP.**

 */s/ Lora Jennings Mizell*
Lora Jennings Mizell  KS #22044
Samuel P. Heaney      KS #26399
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, KS 66210
Phone: 913-491-5500
Fax:    913-491-3341
ljmizell@martinpringle.com
spheaney@martinpringle.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2021, a copy of the above pleading was served via email to the following:

Christopher J. Omlid
Richard W. James
DEVAUGHN JAMES
3241 N. Toben
Wichita, KS 67226
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

                                         */s/ Lora Jennings Mizell*
                                         Lora Jennings Mizell

2